AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 87-0N-2221437 | Date and time warrant executed: 2/6/2018  9:10 AM | Copy of warrant and inventory left with: Megan Hess at 155 Merchant Drive Montrose, CO 81401 |

Inventory made in the presence of: Megan Hess

Inventory of the property taken and name of any person(s) seized:

See attached documents (5)

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
12:07 pm, Feb 08, 2018
**JEFFREY P. COLWELL, CLERK**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/8/2018

*Executing officer's signature*

John Busch, FBI Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)

Page 1 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 87-DN-2221437

On (date): 2/6/2018

item(s) listed below were:
- [X] Collected/Seized
- [X] Received From
- [ ] Returned To
- [ ] Released To

(Name): Sunset Mesa Funeral Directors / Donor Service
(Street Address): 155 Merchant Drive
(City): Montrose, CO 81401

Description of Item(s):
1. Binders - plot, memorial folders
2. Cell phone
3. Contents of drawer N-Q
4. Contents of drawer R-S
5. Contents of drawer S-T
6. Contents of drawer U-Z
7. Contents of filing cabinet H
8. Contents of filing cabinet I-L
9. Contents of filing cabinet L-M
10. Contents of filing cabinet M, A and B
11. Contents of filing cabinet B-C
12. Contents of filing cabinet D, E, F and G
13. Contents of filing cabinet G and other FHs
14. Binders Jan 2013 - June 2015
15. Binders July 2013 - Dec 2017
16. Binder donor services and misc
17. iPad Mini in box S/n: F7VLPNM2F196
18. Box with label contains cremated remains of Donna Manspeaker
19. Donor service records

Received By: (Signature)
Printed Name/Title: John Busch / SA

Received From: (Signature)
Printed Name/Title: MHSS

FD-597 (Rev. 4-13-2015)

Page 2 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 81-DN-2221437

On (date) 2/6/2018

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Sunset Mesa Funeral Directors/Donor Service
(Street Address) 155 Merchant Drive
(City) Montrose, Colorado 81401

Description of Item(s):
20. Financial records
21. Megan's calendar and insurance documents, VIN 2C4RDGCG6DR524746 registration and renewals
22. 3 check registers and deposit slip - Dodge Caravan 429-40K
23. One checkbook and 6 individual checks
24. White binders labeled home, banking (blank), DSI 2017 and bills, green folder with death certificates
25. IPad in case S/N DLXFKXTJDFJ0
26. Deceased person's files, financials, business notes, planner, donor service applications, binders, permits and death certificates, photos and passwords
27. Files with names, funeral arrangements
28. Funeral arrangement files and financial records
29. 9 binders (donation records, shipping records, embalming records, "DSI bible", inventory), spiral notebook, notebook labeled cremation tags log
30. Financial records, employee timecards, bills
31. Files and notebook with handwritten notes
32. Cremated remains addressed to Barbara Sakala
33. Human remains tracking files, shipping labels, fingerprint cards, spiral notebook, handwritten notes, business cards, lab documents, authority for final disposition

Received By: _____ (Signature)
Printed Name/Title: John Busch SA

Received From: _____ (Signature)
Printed Name/Title: MHESS

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property**

Case ID: 87-DN-2221437
On (date): 2/6/2018

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Sunset Mesa Funeral Directors / Donor Service
(Street Address) 155 Merchant Drive
(City) Montrose, CO 81401

Description of Item(s):
34. CD and blue thumb drive
35. 3 cremation tags
36. Black box with name-Connie Anderson -containing gray granular substance
37. White bag with blue sticky note "Mr. Burch" Containing 3 metallic covered Urn
38. Cremated remains of Dowden D
39. 2 thumb drives
40. IMAC S/N: DCPNH1M6GW4
41. Possible cremated human remains "Reid, G"
42. Possible cremated human remains "Nelson C"
43. Possible cremated human remains "Smith, Bernard"
44. Possible cremated human remains "Bruce R"
45. Possible cremated human remains "J Kuchler"
46. Files and documents
47. Black box with name "Cora McLain" - gray substance in box
48. Plastic bag with gray substance
49. Wooden box with gold colored metal tag
50. Mac Mini and cord S/N: C07D60F3DD6L
51. Named files
52. Files with names

Received By: (Signature)
Printed Name/Title: John Busch / SA

Received From: (Signature)
Printed Name/Title: M HESS

FD-597 (Rev. 4-13-2015)                                                                     Page 4 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 87-DN-2221437

On (date): 2/6/2018

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Sunset Mesa Funeral Directors / Donor Service
(Street Address): 155 Merchant Drive
(City): Montrose, CO 81401

Description of Item(s):
53. Named files
54. Named files
55. Gray box with name of Martin Gene C and others engraved on end
56. White Apple Macbook, no visible serial number
57. Paperclip housing "Sunset Mesa County" tags
58. Cascade customer shipping list and handwritten note
59. 8 binders (contracts - TBI - Cureline - ILS - ATP - 2016 Farmington Funeral Home, 2017 Farmington Funeral Home, DSI bible 2014, DSI bible 2015, 2016 DSI bible, Cureline biospecimen management, tissue purchase order)
60. 4 binders (embalming reports 2015, embalming reports Jan-July 2016, embalming reports 2016 Aug-Dec, 2017 embalming reports)
61. Handwritten notes, human remains tracking papers, DSI stickers, Dymo labels with printing, mini notebook
62. Documents, binders, safe deposit key
63. One hard drive S/N WX71A35H1L72 and 6 thumb drives
64. Dell laptop and powercord S/N 9CTWSZ1
65. HP laptop S/N 5CD5341769
66. IPad S/N GB048B17ETU

Received By: (Signature)
Printed Name/Title: John Busch

Received From: (Signature)
Printed Name/Title: MtR85

FD-597 (Rev. 4-13-2015)                                                                                                                  Page 5 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 87-DN-2221437

On (date): 2/6/2018

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Sunset Mesa Funeral Directors / Donor Service
(Street Address) 155 Merchant Drive
(City) Montrose, CO 81401

Description of Item(s):

67. Black box with name Moore D gold colored tag 12485
68. IMAC and powercord S/N: D25LN04KDNCR
69. Named or numbered files
70. Named or numbered files
71. Named or numbered files
72. Named / numbered files
73. Named / numbered files
74. Samples taken from Room R as known exemplars of powder / granular materials available on scene
75. 14 teeth with metal crowns or metal crowns from teeth
76. Files labeled with names, donations, DSI numbers, DSI 2017 and Locks of Love
77. Organ and tissue donor magnet
78. Notebook with cremation names
79. Black box with blue label Nikolas Jordan Terranova with gray substance inside
80. Bone grinder bucket
81. Samples from containers 1-5 possible cremated human remains
82. Binder / framed photo / document near bookshelf, misc documents on desk and in filing cabinet by desk
83. External hard drive
84. Samples from bags of grout and quikrete in Room R

Received By: (Signature)
Printed Name/Title: John Busch   SA

Received From: (Signature)
Printed Name/Title: MHSS